**FILED**
MAY 20 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br>    Plaintiff,<br>v.<br>NINARAY, INC.,<br>    Defendant. | Case No.: 3:20-cv-01812-BEN-MSB<br><br>**ORDER SETTING ASIDE ENTRY OF DEFAULT**<br><br>**[ECF No. 11]** |

  Plaintiff Chris Langer and Defendant Ninaray, Inc. filed a Joint Motion to Set Aside Default. ECF No. 11. In support, the parties indicate Defendant recently substituted counsel. *See id.* Good cause appearing, the Court **GRANTS** the Joint Motion. *See* Fed. R. Civ. P. 55(c). The Clerk's Entry of Default (ECF No. 10) is set aside, and Defendant may file a responsive pleading within ten days of this Order.

  **IT IS SO ORDERED.**

Dated: May 19, 2021

                 HON. ROGER T. BENITEZ
                 United States District Judge