CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Jennifer Hasso, Esq. (Cal. Bar #110636)
LAW OFFICES OF JENIFFER HASSO
2765 Second Avenue
San Diego, CA 92103
(619) 232-2765
(619) 232-4485
jhasso@gmail.com
Attorneys for Defendant
Ninaray, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>       Plaintiff,<br><br>  v.<br><br>NINARAY, INC., a California Corporation; and Does 1-10,<br><br>       Defendants. | Case: 3:20-cv-01812-BEN-MSB<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties;

1

each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 30,2021          CENTER FOR DISABILITY ACCESS

                                  By:     /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff

Dated: September 30,2021          LAW OFFICES OF JENIFFER HASSO

                                  By:     /s/ Jennifer Hasso
                                          Jennifer Hasso
                                          Attorneys for Defendant
                                          Ninaray, Inc.

2

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jennifer Hasso, counsel for Ninaray, Inc., and that I have obtained authorization to affix her electronic signature to this document.


Dated: September 30,2021          CENTER FOR DISABILITY ACCESS


                                                    By: ___/s/ Amanda Seabock
                                                        Amanda Seabock
                                                        Attorneys for Plaintiff

3